JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| **MADHAV SAWHNEY,** | C.A. No.: **2:20-cv-04315-DDP-PLA** |
| **Plaintiff** | |
| -against- | |
| **EQUIFAX INFORMATION SERVICE LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and WELLS FARGO BANK, N.A.,** | **DISMISSAL ORDER** |
| **Defendants** | |

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' March 17, 2021 Stipulation of Dismissal, all claims asserted against all Defendants in Civil Action No: **2:20-cv-04315-DDP-PLA**, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED.**

**DATED:** __March 19__, 2021.

_____
HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE